IN THE MATTER OF THE TRUSTS UNDER ARTICLES FIFTH AND SIXTH OF THE WILL OF EDWIN G. BRUNS, JR. v. FOR THE BENEFIT OF MARGARET O. BRUNS.

October 11, 1988.

Cross-petition for certification denied.

FRANCES SCOTT, ET AL. v. PORFIRIO A. MARIANO, M.D.

October 13, 1988.

This matter having been duly considered and the Court having determined that petitions for certification were improvidently granted;

It is ORDERED that the within appeals be and hereby are dismissed, without prejudice to the trial court's consideration of the imposition of sanctions. (See 110 *N.J.* 158)